IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VAN WAGONER FUNDS, INC.<br>SECURITIES LITIGATION | No. C 02-03383 JSW<br><br>**CLASS ACTION**<br><br>**ORDER** |

_____/

In considering Ernst & Young's motion to dismiss the second amended consolidated complaint, the Court would be greatly assisted by the submission of a side-by-side comparison of the relevant portions, or a redline version, of the second amended consolidated complaint, filed on December 13, 2004, and the original amended consolidated complaint, filed on July 24, 2003. Therefore, IT IS HEREBY ORDERED that Plaintiffs shall submit such a comparison, preferably a redline version, of the two complaints by no later than 2:00 p.m. on May 5, 2005.

**IT IS SO ORDERED.**

Dated: May 3, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE