# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 17, 2005                    **Court Reporter**: Joan Columbini

**CASE NO. C-02-3383 JSW (consolidated matter)**

**TITLE:** In re: Van Waggoner Funds, Inc., Securities Litigation

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Carol Gilden                        Peter Stone
                                    Cristina Hernandez-Malaby
                                    Lee Rubin

**PROCEEDINGS: Settlement Hearing**

**RESULTS:** *The Court **tentatively GRANTS** Lead Plaintiffs' application for final approval of the settlement.*

The Court heard argument from counsel.
Motion taken under-submission.
A written ruling shall issue.