MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
MICHAEL J. FREED (*Pro Hac Vice*)
CAROL V. GILDEN (*Pro Hac Vice*)
CHRISTOPHER J. STUART
MICHAEL E. MOSKOVITZ (*Pro Hac Vice*)
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606-1615
Telephone: 312/521-2000
312/521-2100 (fax)
Lead Plaintiffs' Lead Counsel

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VAN WAGONER FUNDS, INC. SECURITIES LITIGATION | MASTER FILE NO. C 02-03383 JSW |
| | **CLASS ACTION** |
| | **[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' COUNSEL'S APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |
| This Document Relates to: | |
| ALL ACTIONS | No Scheduled Hearing |

1  The Court, having considered the papers, and the arguments and representations of
2  counsel, hereby finds and orders as follows:
3  Lad Plaintiffs' Counsel's Application for Attorneys' Fees and Reimbursement of
4  Expenses is **GRANTED**.  Lead Plaintiffs' Counsel is awarded attorneys' fees and expenses in
5  the amount of $340,000, as agreed by the Settling Parties in the Stipulation.
6  **IT IS SO ORDERED.**
7
8  DATED:_____    _____
9                                    JEFFREY S. WHITE
10                                   UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' COUNSEL'S
APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**
Civil Case No.: C:02-03383 JSW                2