MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
MICHAEL J. FREED (*Pro Hac Vice*)
CAROL V. GILDEN (*Pro Hac Vice*)
CHRISTOPHER J. STUART
MICHAEL E. MOSKOVITZ (*Pro Hac Vice*)
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606-1615
Telephone: 312/521-2000
312/521-2100 (fax)
Lead Plaintiffs' Lead Counsel

# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VAN WAGONER FUNDS, INC. SECURITIES LITIGATION | MASTER FILE NO. C 02-03383 JSW |
| | **CLASS ACTION** |
| | **[PROPOSED]** ORDER GRANTING LEAD PLAINTIFFS' COUNSEL'S APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES |
| This Document Relates to: | |
| ALL ACTIONS | No Scheduled Hearing |

**[PROPOSED]** ORDER GRANTING LEAD PLAINTIFFS' COUNSEL'S
APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
Civil Case No.: C:02-03383 JSW                1

The Court, having considered the papers, and the arguments and representations of counsel, hereby finds and orders as follows:

Lad Plaintiffs' Counsel's Application for Attorneys' Fees and Reimbursement of Expenses is **GRANTED**. Lead Plaintiffs' Counsel is awarded attorneys' fees and expenses in the amount of $340,000, as agreed by the Settling Parties in the Stipulation.

**IT IS SO ORDERED.**

DATED: June 27, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE